MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Colonial Surety Company

Plaintiff

vs.   No. CA 05-116 E

Frenchcreek township, et al.,

Defendant

HEARING ON Motion to Dismiss

Before Judge McLaughlin

Larry Miller

Appear for Plaintiff                     Appear for Defendant

Hearing begun 10 am 10/5/05     Hearing adjourned to
Hearing concluded C. A. V. 10:30 Am     Stenographer Ron Bench

WITNESSES:

For Plaintiff                     For Defendant

Granted As Mth. to Dismiss

Case Dismissed w/out prejudice