IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLONIAL SURETY COMPANY,<br>    Plaintiff, | )<br>)<br>)     Civil Action No.  05-116 ERIE |
| V | ) |
| FRENCHCREEK TOWNSHIP, et al.,<br>    Defendant. | )<br>)<br>) |

**ORDER**

AND NOW, this 5th day of October, 2005, upon consideration of the Defendant's Motion to Dismiss

IT IS HEREBY ORDERED that the Motion to Dismiss is GRANTED and that this case is dismissed without prejudice.  The Clerk is directed to mark this case CLOSED.

 S/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: All counsel of record  nk