```
                IN THE UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF PENNSYLVANIA
_____
COLONIAL SURETY COMPANY          :
                                 :    ELECTRONICALLY FILED
          Plaintiff              :
                                 :
     v.                          :    DOCKET NO. 05-116 Erie
                                 :
FRENCHCREEK TOWNSHIP             :
NORTHWEST ENGINEERING, INC.      :
RAYMOND S. WOODARD, ESQ.         :
                                 :
          Defendants             :
```

### NOTICE OF APPEAL FROM AN ORDER OF <u>THE DISTRICT COURT</u>

Notice is hereby given that Colonial Surety Company, in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered in this action on the 5th day of October, 2005.

DATE: November 1, 2005            By:     s/Larry L. Miller
                                        LARRY L. MILLER
                                        Attorney I.D. #28122
                                        Attorney for Colonial
                                        Surety Company
                                        1423 State Road
                                        Duncannon, PA 17020
                                        (717)957-2828
                                        Email: llmmillerlaw@earthlink.net