IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| COLONIAL SURETY COMPANY | : | |
| | : | ELECTRONICALLY FILED |
| Plaintiff | : | |
| | : | |
| v. | : | DOCKET NO. 05-116 Erie |
| | : | |
| FRENCHCREEK TOWNSHIP | : | |
| NORTHWEST ENGINEERING, INC. | : | |
| RAYMOND S. WOODARD, ESQ. | : | |
| | : | |
| Defendants | : | |

## STATEMENT OF NO VERBATIM RECORD

I, Larry L. Miller, Esquire, counsel for Plaintiff, Colonial Surety Company, hereby certify that there is no verbatim record of the proceedings that are the subject of this appeal.

DATE: November 1, 2005          By:     s/Larry L. Miller
                                         Larry L. Miller
                                         Attorney I.D. #28122
                                         Attorney for Colonial
                                         Surety Company
                                         1423 State Road
                                         Duncannon, PA 17020
                                         (717)957-2828
                                         Email: llmmillerlaw@earthlink.net