CA 05-116 E
appeal filing fee
receipt # 06-63

```
        UNITED STATES
        DISTRICT COURT
      WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

        # 06000063 - JD
          November 2, 2005

    Code    Case #    Qty    Amount
  APPEAL D 05-116ca e   1 @ 255.00
                              255.00 CC

        TOTAL→         255.00

  FROM: LARRY MILLER
        1423 STATE ROAD
        DUNCANNON, PA
        17020
```